UNITED STATES DISTRICT COURT FILED
SOUTHERN DISTRICT OF CALIFORNIA

07 DEC 31 AM 10: 47

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. '07 MJ 3014 |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Jerry Clinton Rynearson ) | Title 18, United States Code |
| ) | Section 751 (a) |
| ) | |

The undersigned complainant, being duly sworn states:

That on or about December 27, 2007 at San Diego, California, in the Southern District of California, Jerry Clinton Rynearson did knowingly and voluntary escape from an institution and facility in which he was confined by the Attorney General, to wit: Correctional Alternatives, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of a conviction for bringing in Illegal Aliens without presentation, in violation of Title 18, United States Code, Section 751 (a).

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Matthew C. Peters
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this
day 31 of December, 2007

_____
United States Magistrate Judge

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

AFFIDAVIT

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

I, Matthew C Peters, being duly sworn, hereby depose and state that:

1. I am a Deputy United States Marshal and have been so employed for over six years.

2. This affidavit is made in support of a complaint against Rynearson, Jerry Clinton for escape from the custody of the Attorney General, in violation of Title 18, United States code, Section 751(a).

3. On December 27, 2007, the United States Marshals Office received a memorandum from the United States Federal Bureau of prisons, to report the escape of Jerry Rynearson from Correctional Alternatives, San Diego, California, a federally contracted facility.

4. On December 28, 2007 I reviewed files from the United States Marshals Service and Correctional Alternatives. My review of the files revealed the following facts:

  a. Jerry Rynearson was serving a twenty seven (27) month sentence imposed by United States District Court Judge Napoleon A. Jones, Southern District of California, on May 15, 2006 for bringing in an illegal alien without presentation..

  b. Records show that on November 13, 2007, Rynearson, Jerry Clinton was furlough transferred from FCI Victorville institution, to Correctional Alternatives in San Diego, CA According to staff at Correctional Alternatives, Rynearson was last seen at 1320 on Dec 27, 2007 and was not present for head count performed at 1630. Local law enforcement offices and hospitals were contacted by staff in search of inmate Rynearson. As of this date and time, he has not arrived at the community corrections center and is considered to be on escape status.

Dated: December 28, 2007

_____
Matthew C. Peters  Deputy U.S. Marshal

Subscribed and sworn before me
on this  31 day of December 2007

_____
United States Magistrate Judge
CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE