```
                                              FILED
                                          08 JUN 11 PM 3:57
                                          CLERK U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY: ECC
                                                          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 1917 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| JERRY CLINTON RYNEARSON, | |
| Defendant. | |

The grand jury charges:

On or about December 27, 2007, within the Southern District of California, defendant JERRY CLINTON RYNEARSON did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of bringing in illegal aliens without presentation, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and aiding and

//

//

//

VHC:fer:San Diego
6/11/08

abetting, in violation of Title 18, United States Code, Section 2; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: June 11, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney

2